

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2013

No. 04-13-00007-CV

**WOODLAKE MANAGEMENT SERVICES L.L.C.**, John Augustin Butuza,
Appellants

v.

Richard J. **BONJORNO** and Judy C. Bonjorno Revocable Trust, Dated June 9, 1983 and
Richard Bonjorno,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-13311
Honorable Laura Salinas, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of time to respond to Motion for Rehearing is GRANTED. The appellee's response is due on November 25, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court